UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNEETA MOSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:14-CV-0422-G (BH) |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Since the plaintiff has not timely filed an amended complaint as allowed by the recommendation, defendant's 12(c) motion for judgment on the pleadings, filed

April 23, 2014 (docket entry 9), is GRANTED.  By separate judgment, the plaintiff's claims against the defendant will be **DISMISSED** with prejudice.

    **SO ORDERED**.

January 5, 2015.

                                                                                       _____
                                                                                    A. JOE FISH
                                                                                    **Senior United States District Judge**